ZIEVE, BRODNAX & STEELE, LLP
Christopher S. Connell, Esq. (NV Bar 12720)
Ryan D. Stibor, Esq. (NV Bar 8897)
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel: (702) 948-8565
Fax: (702) 446-9898

Attorneys for Plaintiff
U.S. Bank, National Association, As Trustee for the Certificateholders of CSMC 2007-3

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CSMC 2007-3, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>THE VILLAGE GREEN HOMEOWNERS ASSOCIATION, a Nevada corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company; ERIC RECIENTES, an individual; RAYMOND ARROYO, JR., an individual; ROBERT KEASLER, an individual; JASON FITZPATRICK, an individual; SHIELA MARIE FITZPATRICK, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive.<br><br>Defendants. | CASE NO.: 2:17-CV-00540<br><br>Date Action Filed: February 22, 2017<br><br>**ORDER TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT AND AN ORDER TO SERVE BY PUBLICATION** |

Upon consideration of the Application for an Order to Extend Time to Serve Summons and Complaint and an Order to Serve by Publication, the Declaration of Christopher S. Connell, Esq., in support, and good cause appearing, it is:

**IT IS ORDERED** that Plaintiff's Motion for Service by Publication and to Extend Time to Serve (ECF No. 34) is GRANTED.

**IT IS FURTHER ORDERED** that the time within which to serve defendants Eric Recientes, Raymond Arroyo, Jr., and Robert Keasler (collectively "Owners") with the Summons and Complaint is hereby extended to and includes the **20th day of September, 2017**. Plaintiff's failure to serve Defendants Owners by the above date and time may result in the court dismissing this action without prejudice pursuant to FRCP 4.

**IT IS HEREBY ORDERED** that Defendants Owners may be served by publication of the Summons for not less than four consecutive weeks, at least one time a week, in the Nevada Legal News, a newspaper of general circulation published in Clark County, Nevada. In addition thereto, a copy of the Summons and Complaint shall be forthwith mailed to Owners via certified mail, return receipt requested, postage fully prepaid addressed to the Owners' last known address of 563 North Sunrise Way, Palm Springs, California 92262.

Dated this 21st day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:
ZIEVE, BRODNAX & STEELE, LLP

*/s/ Christopher S. Connell*
Christopher S. Connell, Esq. (NV Bar 12720)
Ryan D. Stibor, Esq. (NV Bar 8897)
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel: (702) 948-8565
Fax: (702) 446-9898