ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:    (702) 948-8565; Fax:  (702) 446-9898
swade@zbslaw.com
Attorneys for Plaintiff U.S. Bank, National Association, As Trustee for the Certificateholders of
CSMC 2007-3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CSMC 2007-3, a national banking association, <br><br> Plaintiff, <br><br> vs. <br><br> THE VILLAGE GREEN HOMEOWNERS ASSOCIATION, a Nevada corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company; ERIC RECIENTES, an individual; RAYMOND ARROYO, JR., an individual; ROBERT KEASLER, an individual; JASON FITZPATRICK, an individual; SHIELA MARIE FITZPATRICK, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive. <br><br> Defendants. | **CASE NO.: 2:17-cv-00540-JCM-PAL** <br><br><br> **AMENDED STIPULATION AND ORDER TO DISMISS DEFENDANT THE VILLAGE GREEN HOMEOWNERS ASSOCIATION** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE  CERTIFICATEHOLDERS OF CSMC 2007-3 (hereinafter "U.S. Bank") and Defendant THE VILLAGE GREEN HOMEOWNERS ASSOCIATION (hereinafter "VILLAGE GREEN"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1.    On February 22, 2017, Plaintiff U.S. Bank filed its Complaint in this action naming VILLAGE GREEN and other parties as defendants related to a homeowners association

foreclosure sale of real property located at 2416 Pickwick Drive, Henderson, Nevada 89014; APN 178-05-210-022 (hereinafter "Property").

2. The Parties hereby agree that U.S. Bank's claims against VILLAGE GREEN shall be dismissed with prejudice, and U.S. Bank and VILLAGE GREEN shall each bear its own costs and fees related to this litigation.

3. The Parties further agree that VILLAGE GREEN does not take a position regarding whether the September 5, 2012 lien foreclosure sale extinguished U.S. Bank's interest in the deed of trust.

4. VILLAGE GREEN asserts that it does not have a current ownership interest in title to the Property, subject to the continuing encumbrance of the CC&Rs.

5. This dismissal does not affect any rights, claims or defenses of U.S. Bank or VILLAGE GREEN with respect to any other party related to the foreclosure sale of the Property.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

DATED: March 13, 2018.                    DATED: March 13, 2018.

ZIEVE, BRODNAX & STEELE, LLP              GORDON REES SCULLY MANSUKHANI, LLP

/s/ *Shadd A. Wade*                       /s/ *Wing Y. Wong*
Shadd A. Wade , Esq.                      Robert S. Larsen, Esq.
Nevada Bar No. 11310                      Nevada Bar No. 7785
3753 Howard Hughes Pkwy., Ste. 200        Wing Yan Wong, Esq.
Las Vegas, NV 89169                       Nevada Bar No. 13622
*Attorney for Plaintiff*                  300 South Fourth Street Suite 1550
                                          Las Vegas, NV 89101
                                          *Attorney for The Village Green Homeowners Association*

## ORDER

Based on the foregoing stipulation, and good cause appearing,

**IT IS ORDERED** that Defendant The Village Green Homeowners Association is hereby dismissed from this case with prejudice.

**IT IS FURTHER ORDERED** that Defendant The Village Green Homeowners Association has no present ownership interest in title to the Property, subject to the continuing encumbrance of the CC&Rs.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that this dismissal does not affect any rights, claims or defenses of U.S. Bank or VILLAGE GREEN with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO ORDERED.**

DATED March 15, 2018.

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; that service of the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANT THE VILLAGE GREEN HOMEOWNERS ASSOCIATION** was made on the ___13th___ day of February, 2018 by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

GORDON REES SCULLY MANSUKHANI, LLP
ROBERT S. LARSEN, ESQ.
WING YAN WONG, ESQ.
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
*Attorney for The Village Green Homeowners Association*

___/s/Sara Aslinger_____
An employee of ZIEVE, BRODNAX & STEELE, LLP