# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

U.S. Bank, National Association,

               Plaintiff,

v.

The Village Green Homeowners Association, et al.,

               Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00540-JCM-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff, U.S. Bank, National Association, and against Defendants, Eric Recientes, Raymond Arroyo, Jr., and Robert Keasler.

10/26/2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk